UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      *

v      *      Criminal N° 06-94 (RBW) - 01

CESAR JIMENEZ SALGADO      *

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
CESAR JIMENEZ SALGADO
Defendant

_____
Joseph Virgilio
1000 Connecticut Avenue NW
N° 1
Suite 613
Washington DC   20036-5313
202.686.6914
COUNSEL FOR DEFENDANT
(Appointed by the Court)

I consent _____
G. Michael Harvey
Assistant United States Attorney

Approved: _____   10/23/06
Reggie B Walton
United States District Court Judge