UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-270 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANDRES CAMPA-HERNANDEZ,** | : | |
| aka "Detective", | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick W. Yette, at telephone number **(202) 353-1666** and/or email address **Frederick.Yette@usdoj.gov**. **Frederick W. Yette**, will substitute for former Assistant United States Attorney **G. Michael Harvey**, as counsel for the United States.

            Respectfully submitted,

            JEFFREY A. TAYLOR,
            United States Attorney

            _____
            **Frederick Yette, #385-391**
            **Assistant United States Attorneys**
            **Federal Major Crimes**
            **555 4th Street, NW,  Room 4834**
            **Washington, DC 20530**
            **(202) 353-1666**