UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Criminal No. 06-094-01 (RBW) |
| v | : | Sentencing: January 19, 2007 |
| | : | |
| **CESAR JIMENEZ SALGADO** | : | |

**DEFENDANT JIMENEZ'S MOTION FOR ENLARGEMENT
OF TIME TO FILE RECEIPT AND ACKNOWLEDGMENT**

Defendant Cesar Jimenez, by and through undersigned counsel, respectfully moves the Court for an extension of time to file the *Receipt and Acknowledgment* to the Presentence Investigation Report ("PSI"). In support of this Motion, counsel states as follows:

1. The initial PSI has been completed and counsel and defendant have until December 28 to file the *Receipt and Acknowledgment* to the PSI to the Probation Office.

2. Undersigned counsel obtained the PSI on December 20.

3. With the impending holidays and various personal obligations, counsel will not be able to visit Mr Jimenez to review the PSI before the deadline for submissions.

4. Counsel respectfully requests an enlargement of time of one week, until January 4, 2007, to submit any material inaccuracies or disputes to the probation office.

5. Sentencing is scheduled for January 19, 2007, and a review of the PSI does not reveal any issues that would materially affect the PSI. Thus, an additional week would not prejudice any of the parties or the Probation Office.

6. Counsel attempted to contact AUSA Fred Yette to ascertain the government's position regarding this motion. However, AUSA Yette is out of the office until December 28,

2006 and is unavailable.

    **WHEREFORE**, for the foregoing reasons and those that may appear to the Court, counsel respectfully requests the Honorable Court to enlarge by one week the time for submitting the *Receipt and Acknowledgment* to the Probation Office.

        Respectfully submitted,

    *Joseph Virgilio*
    _____
    Joseph Virgilio (Bar Nº 237370)
    1000 Connecticut Avenue  NW
    Nº 1
    Suite 613
    Washington   DC   20036-5313
    202.463.0662
    virgilio@usa.com
    ATTORNEY FOR CESAR JIMENEZ
    (Appointed by the Court)