UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v | : | Criminal No. 06-094-01 (RBW) |
| | : | |
| CESAR JIMENEZ SALGADO | : | |

ORDER

Upon consideration of *Defendant Jimenez's Motion for Enlargement of Time to File Receipt and Acknowledgment* to the Presentence Investigation Report, and any government opposition, it is this 25st day of December 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant Jimenez's *Receipt and Acknowledgment* shall be due on January 4, 2007.

REGGIE B. WALTON
**United States District Judge**