HONORABLE REGGIE WALTON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-094-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| JIMINEZ-SALGADO, Cesar | : | Disclosure Date: <u>December 15, 2006</u> |

**FILED**
JAN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                          **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Cesar Jimenez S.*  12/28/06          *[signature]*  12.28.06
**Defendant**      **Date**           **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 28, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

*United States v Cesar Jimenez Salgado*  
Criminal Case № 06-094-01 (RBW)  
RECEIPT AND ACKNOWLEDGMENT OF  
PRESENTENCE INVESTIGATION REPORT  
December 28, 2006

Page 2

Mr Jimenez submits the following corrections to errors in the *Presentence Investigation Report* prepared on December 15, 2006:

| | | |
|---|---|---|
| Page 1: | **Release Status:** | Mr Jimenez has been held since his arrest on January 22, 2006, not March 16, 2006 (see also Page 4, ¶ 10). |
| Page 2: | **DCDC №:** | Mr Jimenez's DCDC № is 309-709 not 309-708. |
| | **Aliases:** | Mr Jimenez has never used these names as aliases; he believes they belong to one of his co-defendants, Mr Olmedo Martinez. |
| Page 3, ¶ 2: | | Mr Jimenez pleaded guilty on October 23, 2006. |
| Page 4, ¶ 4: | | Mr Jimenez was never previously deported after conviction for felony possession of a firearm by an illegal alien. This offense pertains to one of his co-defendants, not to him. Mr Jimenez has only one prior conviction. See Page 7, ¶ 43. |
| ¶ 10: | | Defendant Jimenez was arrested on 16th Street NW, Washington DC, on January 22, 2006 not at 1707 North Capitol Street, NE. At the time of his arrest, he was not personally in possession of multiple false identification documents or orders from customers and he did not possess any document-making implements. However, he was found in possession of $1,300. |

Signed by: _____  
Joseph Virgilio  
Attorney for Mr Jimenez

Date:   December 28, 2006